

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2016

No. 04-16-00527-CV

**IN THE INTEREST OF Y.L.C.**, a Child

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 10028
Honorable Hugo Martinez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. No costs of appeal shall be assessed against the Office of the Attorney General.

It is so **ORDERED** on September 21, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2016.

_____
Keith E. Hottle, Clerk